UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKE J. SHELTON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:15CV01057 SNLJ |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This Court's previous memorandum and order (#25) and judgment entered in accordance with that order (#26) are hereby vacated.

This matter is before me on the petitioner's motion for leave to file supplemental pleadings (#20). I referred this matter to United States Magistrate Judge Noelle C. Collins for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On May 25, 2017, Judge Collins filed her recommendation that Shelton's motion for leave to file supplemental pleadings should be denied.

No objections to Judge Collins' Report and Recommendation were filed. After careful consideration, I will adopt and sustain the thorough reasoning of Judge Collins and deny Shelton's motion for leave to file supplemental pleadings for the reasons stated in the Report and Recommendation dated May 25, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that Judge Collins' Report and Recommendation (#24) filed May 25, 2017 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Supplemental Pleadings (#20) is **DENIED**.

Dated this 11th Day of July, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE